# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 00-11274
Summary Calendar
_____


JOSEPH F. PALAZZOLO,

Plaintiff,

versus

JOHN POULAND, Etc.; ET AL,

Defendants,

JOSEPH F. PALAZZOLO,

Plaintiff - Appellant,

versus

AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES AFL-CIO; BOBBY L. HARNAGE,
National President, American Federation of Government
Employees, and as an individual,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:98-CV-584-Y

_____

April 26, 2001

Before POLITZ, JOLLY, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Joseph F. Palazzolo appeals an adverse summary judgment in favor of American Federation of Government Employees and Bobby L. Harnage. Our review of the appellate record, briefs of the parties, and relevant law persuades that the trial court did not err in its Order granting summary judgment and in its Final Judgment entered on October 25, 2000, and, accordingly, based on the factual analysis and authorities cited in said Order, the grant of summary judgment is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.